## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE S0UTHERN DISTRICT OF GEORGIA
## STATESBORO DIVSISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KARL DIETSCH | ) | CHAPTER 13 |
| CYNTHIA DIETSCH | ) | CASE NO. 07-60543-JSD |
| Debtors | ) | |

### MOTION TO SELL PERSONAL PROPERTY

COMES NOW the debtors, Karl and Cynthia Dietsch, and files this motion to personal

property and represents to the Court the following.

1.

The Court confirmed debtor's Chapter 13 Plan on December 10, 2007.

2.

Debtors desire to sell their 1992 Mercury Marquis, 1987 Nissan and their 1994 Mercury

Sable for $100.00 each. Said property does not secure any debts listed in

Debtor's schedules.

3.

The sale proceeds will be exempt pursuant to Debtor's exemption, O.C.G.A. 44-13-

100(a)(3).

Wherefore, Debtors pray that they be allowed to sell property as foresaid and keep the

sale proceeds pursuant to their exemption.

This _____8th_____ day of____December____, 2009.

H. LEHMAN FRANKLIN, P.C.

KIMBERLY S. WARD
State Bar No. 682042
Attorney for Debtors

P.O. Box 1064
Statesboro, GA 30459
(912)764-9616

CERTIFICATE OF SERVICE

This is to certify that I have this date electronically served the foregoing Motion to Sell

Property upon Huon Le, Chapter 13 Trustee.

This _____8th_____ day of _____December_____, 2009.

H. LEHMAN FRANKLIN, P.C.

_____
KIMBERLY S. WARD